UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               Case No. 07-C-0384

MATTHEW D. BELASCO,

        Defendant.

---

JUDGMENT IN A CIVIL CASE

---

This action came on for consideration before the Court. Issues were presented to the Clerk of Court pursuant to Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that a judgment be entered against the defendant in the principal sum of $53,522.24 and interest of $273.11 as of October 22, 2006; additional interest accruing thereafter and to the date of the entry of judgment at the annual rate of 1.00%; interest will be compounded annually and post-judgment interest will be charged thereafter on the principal amount at the annual rate of 2.51% from the date of this judgment.

| | |
|---|---|
| June 26, 2008 | Jon W. Sanfilippo |
| Date | Clerk of Court |
| | s/ V. Kelly Barton Terry |
| | (By) Deputy Clerk |